IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

MIKE LOTT,

        Plaintiff,

    v.

JULIA METZGER; the STATE OF ALASKA; and the STATE OF ALASKA, DEPARTMENT OF CORRECTIONS,

        Defendants.

Case No. 4:22-cv-00001-JMK

## ORDER OF DISMISSAL & NOTICE OF STRIKE

Mike Lott, a self-represented prisoner, ("Plaintiff") initially filed a *Prisoner's Complaint under the Civil Rights Act (42 U.S.C. § 1983)* on January 11, 2022.[1] He then filed a First and Second Amended Complaint and several motions.[2] The Court screened Plaintiff's filings pursuant to 28 U.S.C. § 1915A. In the Second Screening Order, the Court again found Plaintiff's filings deficient, denied all the pending motions, dismissed Plaintiff's Second Amended Complaint, and granted "limited, conditional leave to amend."[3] On November 4, 2022, Plaintiff Mike Lott, a self-represented prisoner, filed a "NOTICE of Filing State Court Documents"

---

[1] Docket 1.

[2] Docket 5–10, 12–18.

[3] Docket 19 at 13. An amended complaint replaces the prior complaint in its entity. *See* D. Alaska Loc. Civ. R. 15.1; *Ramirez v. Cnty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

which included four pages of documents.[4] On January 10, 2023, the Court notified Plaintiff of its intent to dismiss the action with prejudice, but in the interests of justice, provided Plaintiff with 30 days to voluntarily dismiss this action to avoid receiving a strike as required by 28 U.S.C. § 1915(g).[5] Plaintiff failed to follow the instructions in the Court's notice and the Court must now dismiss Plaintiff's case. Because amendment to Plaintiff's filings would be futile, this action is **DISMISSED WITH PREJUDICE**.[6]

This dismissal will count as a "strike" against Plaintiff under § 1915(g). After three strikes, Plaintiff will be unable to file lawsuits under in forma pauperis status, unless he demonstrates "imminent danger of serious physical injury."[7]

**IT IS THEREFORE ORDERED:**

1. This action is **DISMISSED WITH PREJUDICE**.

2. All pending motions are **DENIED AS MOOT.**

3. This dismissal counts as a strike under 28 U.S.C. § 1915(g).

4. The Clerk of Court shall issue a final judgement.

DATED this 1st day of March, 2023, at Anchorage, Alaska.

*/s/ Joshua M. Kindred*
JOSHUA M. KINDRED
UNITED STATES DISTRICT JUDGE

---

[4] Docket 21.

[5] Docket 22.

[6] *Slack v. McDaniel,* 529 U.S. 473, 489 (2000); Fed. R. Civ. P. 41(b).

[7] 28 U.S.C. § 1915(g).

Case No. 4:22-cv-00001-JMK, *Lott v. Metzger et al*
Order of Dismissal & Notice of Strike
Page 2 of 2
Case 4:22-cv-00001-JMK   Document 23   Filed 03/01/23   Page 2 of 2